UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM CHILDS and
PATRICIA CHILDS,
    Plaintiff,
v.                                      CASE NO.: 8:16-cv-02319-MSS-AEP

SELENE FINANCE, LP,
    Defendant.
_____/

## MEDIATOR'S NOTICE OF SETTLEMENT

    James R. Betts, the undersigned mediator, advises this court that the parties' mediation conference on January 9, 2017, attended by Jon P. Dubbeld, Esq., Jesse D. Berkowitz, Esq., Mr. William Childs, Ms. Patricia Childs, Jacqueline Simms-Petredis, Esq. and Christine Sahyers, Esq., resulted in a complete settlement.

### Certificate of Service

    I hereby certify that on January 9, 2017 by using the CM/ECF system I electronically filed a copy of this notice with the Clerk of the District Court and served true copies of this notice upon the following:

| | |
|---|---|
| Jon P. Dubbeld, Esq. | Jacqueline Simms-Petredis, Esq. |
| Jesse D. Berkowitz, Esq. | Fax: (813) 357-3534 |
| Fax: (727) 344-0185 | |

*/s/ James R. Betts*

James R. Betts, Esq.
FBN 327786
Mediation Cert. #10773R
710 S. Boulevard
Tampa, Florida  33606-2903
(813) 254-3302
(813) 254-5322 fax
JBETTS@TAMPABAY.RR.COM